## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

YUGOOL PERSUAD,

     Plaintiff,

v.                                      Case No: 8:16-cv-3201-T-30TBM

UNITED STATES OF AMERICA,

     Defendant.

_____

## <u>ORDER</u>

THIS CAUSE comes before the Court on the United States' Motion to Compel Former Defense Counsel to Disclose Substance of Communications (Doc. 7). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.     The United States' Motion to Compel Former Defense Counsel to Disclose Substance of Communications (Doc. 7) is GRANTED.

2.     Petitioner's former defense counsel, Stephen Baer, is directed to disclose, via affidavit, the substance of his communications with Petitioner related to the matters forming the basis of Petitioner's allegations of ineffective assistance of counsel, and to produce any relevant records, including correspondence, by February 10, 2017.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of January, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record